| PROB 22 (Rev. 04/17) | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Tran. Court)* 2:21CR00355-24 CW |
|---|---|---|
| | | DOCKET NUMBER *(Rec. Court)* 3:24-cr-00024-ART-CSD |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Christopher Robertson | DISTRICT Western District of Pennsylvania | DIVISION Pittsburgh, Pa |
|---|---|---|
| | NAME OF SENTENCING JUDGE The Honorable Christy Wiegand United States District Judge | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 04/05/2024 — TO 04/04/2026 |

OFFENSE

U.S.C. 846 Conspiracy to Distribute and Possess with Intent to Distribute 50 Grams or More of Methamphetamine

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)

Mr. Roberson is currently supervised in the District of Nevada and intends to remain in that district.

**PART 1 – ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE "Western District of Pennsylvania"

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the District of Nevada upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

7/9/2024
*Date*

/s/ Christy Criswell Wiegand
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 – ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

July 12, 2024
*Effective Date*

*Anne R. Traum, United States District Judge*