# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER ROBERTSON,<br><br>Defendant. | 3:24-cr-00024-ART-CSD<br><br>**ORDER GRANTING** STIPULATION TO CONTINUE REVOCATION PROCEEDING (ECF No. 17) |

IT IS THEREFORE ORDERED that the currently scheduled Revocation of Supervised Release Hearing for September 10, 2024, at 2:00 p.m., be vacated and continued to **September 18, 2024, at 1:00 p.m.**

DATED this 9<u>th day of September, 2024</u>.

_____
HON. ANNE R. TRAUM
U.S. DISTRICT JUDGE

3