UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>CHRISTOPHER ROBERTSON,<br><br>        Defendant. | Case No. 3:24-cr-00024-ART-CSD<br><br>**ORDER GRANTING**<br><br>**STIPULATION TO CONTINUE REVOCATION OF SUPERVISED RELEASE HEARING (SECOND REQUEST)** |

IT IS HEREBY STIPULATED AND AGREED by and through Federal Public Defender RENE L. VALLADARES, Assistant Federal Public Defender KATE BERRY, counsel for CHRISTOPHER ROBERTSON and United States Attorney SIGAL CHATTAH, Assistant United States Attorney RANDOLPH J. ST. CLAIR, counsel for the UNITED STATES OF AMERICA, that the Revocation of Supervised Release Hearing set for June 17, 2025, at 11:00 AM, be vacated and continued to July 16, 2025, at 1:00 PM.

This Stipulation is entered into for the following reasons:

1. Undersigned counsel request that this matter be continued due to a scheduling conflict.

2. Failure to grant this extension of time would deprive the defendant continuity of counsel and the effective assistance of counsel.

3. The defendant is currently on bond and consents to the continuance.

4. The parties agree to the continuance.

5. This is the second request for a continuance.

DATED this 9th day of June, 2025.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | SIGAL CHATTAH<br>United States Attorney |
| By */s/ Kate Berry*<br>KATE BERRY<br>Assistant Federal Public Defender<br>Counsel for CHRISTOPHER ROBERTSON | By */s/ Randolph J. St. Clair*<br>RANDOLPH J. ST. CLAIR<br>Assistant United States Attorney<br>Counsel for the Government |

**ORDER**

Based on the Stipulation of counsel, and good cause appearing,

**IT IS THEREFORE ORDERED** that the Revocation Hearing currently set for June 17, 2025, at 11:00 AM, be vacated and continued to July 16, 2025 at 1:00 PM.

DATED this 10th day of June 2025.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE